JACK SUPINGER
9300 HALLENOAK LANE
ORANGEVALE, CA 95662
916-595-2743

**FILED**
JUN 13 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack Supinger,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>Defendant | Case No. 2:16-CV-00933-MCE-KJN<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Jack Supinger and Defendant CONSUMER PORTFOLIO SERVICES INC, have privately settled this matter. The parties hereby request this court dismiss this case with prejudice.

Respectfully,

_____   DATE: 6-3-16
Jack Supinger


_____   DATE: 6/6/2016
Counsel for Defendant