JACK SUPINGER
9300 HALLENOAK LANE
ORANGEVALE, CA 95662
916-595-2743

**FILED**
Jun 13, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Jack Supinger

    Plaintiff,

v.

CONSUMER PORTFOLIO SERVICES, INC.

    Defendant

Case No. 2:16-CV-00933-MCE-KJN

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties in this action, individually, or by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully,

_____  DATE: 6-3-16
Jack Supinger



_____  DATE: 6/6/2016
Counsel for Defendant

## **ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice and without costs to either party.

DATE:_____

NAME:_____